**Order filed, February 3, 2023.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-22-00929-CV**
_____

**REZA  ZAHERI, Appellant**

**V.**

**PAMELA  ZAHERI, Appellee**

---

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1192283**

---

## ORDER

The reporter's record in this case was due January 13, 2023.  *See* Tex. R. App. P. 35.1.  The court sent past due notice for the reporter's record on January 17, 2023. No response was received, and the record has not been filed with the court.  Because the reporter's record has not been filed timely, we issue the following order.

We order **Alexandra L. McDaniel**, the court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Zimmerer, and Wilson.